IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
__MACON__ DIVISION

QUESTIONNAIRE FOR PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C.§ 1983

Gregory Class
GDC # 1212141

(GIVE FULL NAME AND PRISON NUMBER OF EACH PLAINTIFF)

**Plaintiff(s)**

VS.

David Adelman, George Francis Nunn Jr., Kelly B. Burke, Sandra L. Bembry, Christopher M. Roberts, John Doe, John Doe, Laura D. Hogue

(NAME OF EACH DEFENDANT)

**Defendant(s)**

CIVIL ACTION NO:

**5:08-CV-161**

## I. GENERAL INFORMATION

1. Your full name and prison number(s): Gregory Class, GDC # 1212141
2. Name and location of prison where you are now confined: Autry State Prison, P.O. Box 648, Pelham, GA 31779
3. Sentence you are now serving (how long?): Life Sentence
   (a) What were you convicted of? Felony Murder

   (b) Name and location of court which imposed sentence: Houston County Superior Court, 201 N. Perry Parkway, Perry, GA 31069
   (c) When was sentence imposed? March 13, 2006

   (d) Did you appeal your sentence and/or conviction?   ☐ Yes   ☑ No
   (e) What was the result of your appeal? N/A

   (f) Approximate date your sentence will be completed: Life Sentence

## II. PREVIOUS LAWSUITS

4. Other than the appeal of your conviction or sentence, have you ever submitted a lawsuit for filing in <u>any</u> federal or state court dealing with the <u>SAME FACTS</u> involved in this lawsuit or otherwise related to your imprisonment?  ☐ Yes  ☑ No

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:

(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH.)

   (a) Parties to the previous lawsuit:

   Plaintiff(s): N/A

   Defendant(s): N/A

   (b) Name of Court: N/A

   (c) Docket Number: N/A    When did you file this lawsuit? N/A

   (d) Name of judge assigned to case: N/A

   (e) Is this case still pending?  ☐ Yes  ☑ No

   (f) If your answer to (e) is "No," when was it disposed of and what were the results?
   (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?) N/A

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

6. Where are you <u>now</u> confined? Autry State Prison, Pelham, GA

   (a) How long have you been at this institution? Since May 27, 2006

   (b) Does this institution have a grievance procedure?  ☑ Yes  ☐ No

   (c) If your answer to question 6(b) is "Yes," answer the following:

      (1) Did you present your complaint(s) herein to the institution as a grievance?
          ☐ Yes  ☑ No

      (2) What was the result? N/A

   (d) If your answer to question 6(b) is "No," explain why not: Lawsuit is against the State of Georgia's court system.



(e) What, if anything, have you done to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to: The incident does not involve the prison officials. It is against the Georgia court system and there is no grievance procedure to file for this matter in the prison.

7. In what other institutions have you been confined? Give dates of entry and exit.

Houston County Jail, Perry, GA from August 9, 2004 until March 27, 2006; Georgia Diagnostic and Classification Prison, Jackson, GA from March 27, 2006 until May 27, 2006; Autry State Prison, Pelham, GA from May 27, 2006 until present.

## VI. PARTIES TO THIS LAWSUIT

8. List the name and address of each plaintiff in this lawsuit.

Gregory Class
GDC # 1212141
Autry State Prison
P.O. Box 648
Pelham, GA 31779

9. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

David Adelman, Senator, 121-I State Capitol, Atlanta, GA 30334; George Francis Nunn Jr., Judge, 201 N. Perry Parkway, Perry, GA 31069; Kelly R. Burke, District Attorney, 1009 Jernigan Street, Perry, GA 31069; Sandra L. Bembry, Clerk of Court, 201 N. Perry Parkway, Perry, GA 31069; Christopher M. Roberts, Foreperson, (Attachment)

## V. STATEMENT OF CLAIM

10. In the space hereafter provided, and on separate sheets of paper, if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court **WHAT** you contend happened to you, **WHEN** the incident(s) you complain about occurred, **WHERE** the incident(s) took place, **HOW** your constitutional rights were violated, and **WHO** violated them. Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

Do not give any legal argument or cite any cases or statutes at this time; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULE 8 OF THE *FEDERAL RULES OF CIVIL PROCEDURE* REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, AND DIRECT. If the court needs additional information from you, you will be notified.

## Attachment

9) 201 N. Perry Parkway, Perry, GA 31069; John Doe, Court Reporter, Address Unknown; John Doe, Bailiff, Address Unknown; Laura D. Hogue, Defense Attorney, 341 Third Street, P.O. Box 1795, Macon, GA 31202-1795.

## STATEMENT OF CLAIM (Continued)

Where did the incident you are complaining about occur? That is, at what institution or institutions? Houston County Superior Court, Perry, GA

When do you allege this incident took place? On or around March 13, 2006

What happened? 1. Plaintiff was prosecuted under fraudulent acts by the Superior Court Officials who violated the Plaintiff's Constitutional Rights under the Color of State Law in denial of due process of law and equal protection of law because Plaintiff's indictment was void. Plaintiff was sentenced to Life imprisonment for the charge of felony murder for which there is NO record of the Grand Jury Minutes to reflect or verify that evidence was presented before the Grand Jury to indict Plaintiff, which violated his 5th and 14th Amendment of the United States Constitution. Kelly R. Burke, District Attorney, presented the indictment before the Grand Jury for a vote of NO or True Bill, which was based upon fraud, a denial of due process of law and equal protection of law. Also the District Attorney's act or omission was under the Color of State Law. The Clerk, Sandra L. Bembry, failed to record the minutes of the Grand Jury plus filed all of the fraudulent court papers in Plaintiff's case, by which Plaintiff was prosecuted and therefore violated Plaintiff's Constitutional Right under the Color of State Law. Houston County's Court Reporter, John Doe, is certified to operate tape recordings or stenographic means to record the fraudulent prosecution of Plaintiff with a void indictment and thereby, violated Plaintiff's Constitutional Rights of due process and equal protection of law under the Color of State Law. Foreperson, Christopher M. Roberts, is the presiding member of the Grand Jury who speaks on behalf of the jurors and communicated a fraudulent verdict of a "True Bill" against Plaintiff and these acts were knowingly and intelligently made, which lead to Plaintiff's prosecution and thereby, violated Plaintiff's Constitutional Rights under the Color of State Law. The Bailiff, John Doe, is the Court's attendant and the one who took the indictment into open court and delivered the invalid indictment before the Honorable Judge, by which Plaintiff was prosecuted under fraud and violation of his due process and equal protection (see Attachment)

## Attachment

10) of law. Defense Attorney, Laura D. Hogue, represented Plaintiff under these fraudulent acts of prosecution by the Superior Court of Houston County in violation of Plaintiff's Constitutional Rights of due process and equal protection of law under the Color of State Law and these acts were committed knowingly, intelligently and by omission.

2. The Superior Court Judge George Francis Nunn Jr. lacks subject matter jurisdiction and this Court is identified as a Court of Admiralty having maritime jurisdiction and therefore, sentenced Plaintiff by way of fraud, which is a violation of Plaintiff's due process and equal protection of law. These acts a omissions were under the Color of State Law and there was a clear absence of all jurisdiction, therefore there is NO IMMUNITY from the damaged party. Also, the Plaintiff has a liberty interest. These acts of fraud were knowingly and intelligently committed and the Judge should have known.

3. Senator David Adelman has allowed the Georgia laws/statutes to remain invalid, plus they have NO Enacting Clause, and allow fraud to be perpetrated through prosecution by the Georgia Court system.

Attachment

David Adelman now presides over the Georgia "Legislative Branch", who created the unlegal entity known as "The Georgia Code Revision Commission" and who entered into a contract with the Michie Publishing Company, also who recodified the new void ab initio O.C.G.A. codes/statutes of Georgia, making all indictments void upon their face and prosecution fraud. Therefore, Senator David Adelman is in violation of the United States Constitution, the Georgia Constitution and the Legislative Branch which **delegated** their power to a lesser entity to enter an invalid contract to recodify the O.C.G.A.'s. These acts that were committed were out of their legislative capacity and there is NO IMMUNITY. Without valid laws/statutes, Plaintiff is denied due process and equal protection of law.

11. List the name and address of every person you believe was a witness to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened.
(USE ADDITIONAL SHEETS, IF NECESSARY)

The Superior Court Judge, George Francis Nunn Jr., enforces O.C.G.A. Laws that are non-existent according to the Constitution of the United States and prosecuted Plaintiff with an invalid indictment plus has no venue nor jurisdiction over Plaintiff, giving the Court no subject matter. Senator, David Adelman, has (Attachment)

12. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes.
(USE ADDITIONAL SHEETS, IF NECESSARY)

WHEREFORE, Plaintiff requests that the Court grant the following relief:
A. Issue a Declaratory Judgment stating that:
  1. The fraudulent prosecution of Plaintiff by defendants, violated the Plaintiff's rights under The Fifth and Fourteenth Amendment to the United States Constitution and Georgia Constitution and constituted fraud under state law.
  2. Defendant David Adelman failed to enact Georgia (Attachment)

13. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

14. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT. IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE. If you fail to prosecute your case, it will be dismissed under Rule 41 of the *Federal Rules of Civil Procedure*.

Signed this __7th__ day of __April__, 20__08__.

_Gregory Class_
(Signature of Plaintiff)

## Attachment

11) position of Georgia Legislator to enact laws and allow the State of Georgia to use O.C.G.A.'s that were re-codified by the Michie Law Publishing Company which are invalid without an enacting clause by the Georgia Legislators. District Attorney, Kelly R. Burke, prosecuted Plaintiff with an invalid indictment which created fraudulent acts under the Constitution of the United States. The Clerk of Superior Court, Sandra L. Bembry, is appointed by the judge of the Superior Court to serve as clerk of the board and to implement and maintain the jury selection and jury drawing process in accordance with the law and the rules of the Court. The Bailiff, John Doe, is sworn in to oversee the selected Grand Jury who are the ones to indict, identify subject matter, and present true Bills in Open Court. Foreperson, Christopher M Roberts, is the Head Juror and brings the verdict before the court judge. The Court Reporter, John Doe, records all conversations of jurors, witnesses, District Attorney's, etc. and is the person responsible for all the court's documentations. Attorney of Plaintiff, Louie D Hogue, was responsible for defending Plaintiff and allowed Plaintiff to be convicted under fraudulent acts, knowing that the court had no venue or jurisdiction, having no subject matter, allowing an invalid indictment and allowing Plaintiff to be convicted under O.C.G.A.'s which are non-existing according to the Constitution of the United States.

Attachment

12) statute for an indictment to be valid and therefore violated Plaintiff's right under The Fifth and Fourteenth Amendment of the United States Constitution and The Georgia Constitution.

B. Issue an Injunction ordering Judge George Francis Nunn Jr., Senator David Adelman and others to:
   1. Immediately release Plaintiff from incarceration.
   2. Restore all citizenship to Plaintiff.
   3. Clear Plaintiff's record of fraudulent prosecution.

C. Award Compensatory Damages in the following amount:
   1. $200,000 jointly and severally against defendants, Senator, David Adelman; Judge, George Francis Nunn Jr.; District Attorney, Kelly R. Burke; Clerk, Sandra L. Bembry; Foreperson, Christopher M. Roberts; Bailiff, John Doe; Court Reporter, John Doe; and Plaintiff's Attorney Laura D Hogue, in their official capacity for violation of Plaintiff's Constitutional rights.
   2. $25,000 severally against defendants, Senator, David Adelman; Judge, George Francis Nunn Jr.; District Attorney, Kelly R. Burke; Clerk, Sandra L. Bembry; Foreperson, Christopher M. Roberts; Bailiff, John Doe; Court Reporter, John Doe; and Plaintiff's Attorney, Laura D Hogue in their individual capacity for fraud under the Constitution of the United States and Georgia Constitution.

D. Award Punitive Damages in the following amounts:
   1. $20,000 each against defendants, Judge, George

Attachment

12) Francis Nunn Jr.; District Attorney, Kelly R. Burke; and Clerk, Sandra L. Bembry.

2. $10,000 each against Foreperson, Christopher M. Roberts; Bailiff, John Doe; and Court Reporter, John Doe.

3. $20,000 against Plaintiff's Attorney, Laura D. Hogue.

E. Grant such other relief as it may appear that Plaintiff is entitled.