IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

GREGORY CLASS, :
:
    Plaintiff, :
:
v. : Civil Action No.
: 5:08-CV-161-HL
SENATOR DAVID ADELMAN, et al., :
:
    Defendants. :
:
:

# ORDER

Before the Court are Plaintiff's Motion for Reconsideration (Doc. 7) and Motion to Stay Case (Doc. 10). For the following reasons, Plaintiff's Motions are denied.

Plaintiff is currently serving a life sentence for a felony murder conviction. On May 12, 2008, Plaintiff filed a 42 U.S.C. § 1983 action (Doc. 1) in this Court, alleging that the State of Georgia's prosecution of Plaintiff on the felony murder charge violated his constitutional rights. Plaintiff also filed a Motion to Proceed In Forma Pauperis "IFP" (Doc. 2).

On June 3, 2008, the Court granted Plaintiff's Motion to Proceed IFP, and, as required by 28 U.S.C. § 1915A, the Court screened Plaintiff's Complaint for frivolity. Because the conviction that Plaintiff was challenging had not been invalidated, the Court concluded that Plaintiff's claims were barred by the Supreme Court's decision in Heck v. Humphrey, 512 U.S. 477 (1994). As a result, the Court dismissed

Plaintiff's Complaint as frivolous.

On June 16, 2008, Plaintiff filed a Motion for Reconsideration (Doc. 7) of the Court's Order dismissing his Complaint. Subsequently, Plaintiff filed a Motion to Stay Case (Doc. 10), requesting that the Court stay his case until he "exhausts his Habeas Corpus remedies."

For the reasons stated in the Order dismissing his Complaint, Plaintiff's claims are Heck barred. As a result, his Motion for Reconsideration is denied. Also, the Court is unwilling to stay Plaintiff's case. His Motion to Stay is therefore denied.

**SO ORDERED**, this the 30th day of July, 2008

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

dhc